# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **TYLAN LUCAS,** ) | |
| ) | |
| Petitioner, ) | Case No. 7:18CV00506 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | By: James P. Jones |
| ) | United States District Judge |
| Respondent. ) | |

For the reasons set forth in the Opinion accompanying this Order, it is **ORDERED** that the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 is DISMISSED without prejudice, and the clerk shall close the case.

ENTER: November 19, 2018

/s/ James P. Jones
United States District Judge